| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| SHERMAN LAMONT FIELDS, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:21-CV-464 |
| § | |
| DIRECTOR, FEDERAL BUREAU OF § | |
| PRISONS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sherman Lamont Fields, an inmate confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, brought this lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motion for default judgment. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

**ORDERED** that plaintiff's motion for default judgment (#38) is **DENIED**.

SIGNED at Beaumont, Texas, this 13th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE