| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

SHERMAN LAMONT FIELDS, §
　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　§　　CIVIL ACTION NO. 1:21-CV-464
　　　　　　　　　　　　　　　§
DIRECTOR, FEDERAL BUREAU OF §
PRISONS, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　　Defendants. §

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sherman Lamont Fields, an inmate formerly confined at the United States Penitentiary located in Beaumont, Texas, proceeding *pro se*, brought this lawsuit pursuant to *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Plaintiff filed a motion for extension of time to file objections (#51) which was filed the same date as his objections (#49). The court notes, however, that a review of the documents reveals Plaintiff's motion for extension of time was dated three days prior to his objections and was mailed separately from his objections. Plaintiff's motion for extension of time is granted, and his objections have been given *de novo* consideration by the court. After careful consideration, the court concludes Plaintiff's objections are without merit.

# O R D E R

Accordingly, Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 6th day of January, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE